## United States District Court for the Northern District of Illinois

Case Number: `08cv921`                           Assigned/Issued By: `j. n.`

Judge Name: `bucklo`                              Designated Magistrate Judge: `cole`

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350`                            Receipt #: `2537066`

Date Payment Rec'd: `2-13-08`                 Fiscal Clerk: `j. n.`

---

### ISSUANCES

[✓] Summons                                   [ ] Alias Summons

[ ] Third Party Summons                       [ ] Lis Pendens

[ ] Non Wage Garnishment Summons              [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons        _____
                                              _____
[ ] Citation to Discover Assets               (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

`1` Original and `0` copies on `2-13-08` as to `defendant`
                                 (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05