**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 921

   Arience Builders
        Plaintiff
               v.
   Scott Baltes
        Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

  Scott Baltes, Defendant

| |
|---|
| NAME (Type or print) <br> Jeffrey S. Marks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey S. Marks |
| FIRM <br> Alan H. Shifrin & Associates |
| STREET ADDRESS <br> 3315 Algonquin Rd. #202 |
| CITY/STATE/ZIP <br> Rolling Meadows, IL 60008 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290132 | TELEPHONE NUMBER <br> 847-222-0500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓        APPOINTED COUNSEL ☐