UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIENCE BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.08 C 921 |
| | ) | |
| SCOTT BALTES, | ) | Judge Bucklo |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Randall Gold
      rgoldlaw@aol.com

      Joshua Karmel
      josh_karmellaw@ameritech.net

   Please take notice that on Wednesday, April 9th 2008, at 9:30 a.m., we shall appear before the Honorable Judge Elaine E. Bucklo or any other Judge sitting in her stead, in Room 1441 of the Federal Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Dismiss Pursuant to 12(b)(1) and (6).

Dated: March 24, 2008

                              Respectfully submitted,
                              SCOTT BALTES
                              By: /s/ Jeffrey S. Marks

Jeffrey S. Marks
Attorney #6290132
Alan H. Shifrin & Associates, LLC
Attorneys for Plaintiff
3315 Algonquin Road, Suite 202
Rolling Meadows, IL  60008
(847) 222-0500

## CERTIFICATE OF SERVICE

    I, Jeffrey S. Marks, an attorney, certify that service of Defendant's Notice of Motion on Plaintiffs' counsel was accomplished pursuant to ECF.

                                                     By:/s/ Jeffrey S. Marks