**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARIENCE BUILDERS, INC., ) | | |
| An Illinois corporation, ) | | |
| Plaintiff, ) | | |
| v. ) | No.08 C 921 | |
| ) | | |
| SCOTT BALTES, ) | Judge Bucklo | |
| Defendant. ) | Magistrate Judge Cole | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Response in Opposition to Motion to Dismiss Complaint was sent to the following via United States Postal Service regular mail and facsimile this 28th day of April, 2008:

>Jeffrey S. Marks
>Alan H. Shifrin & Associates, LLC
>3315 Algonquin Road, Suite 202
>Rolling Meadows, IL 60008
>(847) 222-0500


>/s/ Randall B. Gold
>Attorney for Plaintiff

Randall Gold
FOX & FOX, S.C.
124 West Broadway
Monona, WI 53716
(608) 258-9588