UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIENCE BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.08 C 921 |
| | ) | |
| SCOTT BALTES, | ) | Judge Bucklo |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

**REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT's MOTION TO DISMISS PURSUANT TO 12(b)(1) AND (6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), Defendant respectfully moves this Honorable Court, pursuant to its Motion to Dismiss Pursuant to 12(b)(1) and (6) submitted to this Court on March 24, 2008, to dismiss Count I of Plaintiff's Complaint pursuant to Rule 12(b)(6) and dismiss Counts II, III, and IV pursuant to Federal Rule of Civil Procedure 12(b)(1). Defendant chooses to stand on its Motion to Dismiss Pursuant to 12(b)(1) and (6), and respectfully submits this matter to the Court for decision.

Dated: May 12, 2008

Respectfully submitted,

By: /s/ Jeffrey S. Marks

Jeffrey S. Marks
Attorney #6290132
Alan H. Shifrin & Associates, LLC
Attorneys for Plaintiff
3315 Algonquin Road, Suite 202
Rolling Meadows, IL  60008
(847) 222-0500

## CERTIFICATE OF SERVICE

I, Jeffrey S. Marks, an attorney, certify that service of its Reply to Plaintiff's Response to Defendant's Motion to Dismiss Pursuant to 12(b)(1) and (6) on Plaintiffs' counsel was accomplished pursuant to ECF.

By:/s/ Jeffrey S. Marks