
Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 921 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Arience Builders, Inc. Vs. Scott Baltes | | |

Defendant's Motion to dismiss pursuant to 12(b)(1) and (6) [8] is denied. Enter Memorandum Opinion and Order. Status hearing set for 7/11/2008 at 9:30 a.m. to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 17 PM 3:14
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SB |
|---|---|---|