**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Arience Builders, Inc.
                      Plaintiff,

v.                                                Case No.: 1:08−cv−00921
                                                 Honorable Elaine E. Bucklo

Scott Baltes
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held on 7/11/2008. Status hearing set for 10/3/2008 at 09:30 AM. Defendant has 28 days within which to answer or otherwise plead.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.