## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv921                           Assigned/Issued By: j. n.

Judge Name:                                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00       ☐ $5.00

☐ IFP            ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets            ☐ Other

☐ Writ _____              _____
    *(Type of Writ)*                     _____
                                         *(Type of issuance)*

2 ____ Original and 0 _____ copies on 8-25-08 _____ as to RON SIRIANO; DAN
                                  *(Date)*
HOLLOWAY